## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LISA CUEVAS,<br>INDIVIDUALLY AND ON BEHALF OF<br>ALL OTHERS SIMILARLY SITUATED, | )<br>)<br>)<br>) |
| *Plaintiff*, | )<br>) |
| v. | )  Case No.: 1:21-cv-04860<br>) |
| BLOOMBERG L.P. d/b/a BLOOMBERG.COM, | )<br>) |
| *Defendant*. | ) |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Lisa Cuevas hereby dismisses this matter without prejudice. Defendant has filed neither an answer nor a motion for summary judgment.

Dated: October 14, 2022

Respectfully Submitted,

By: */s/ Brandon M. Wise*
Brandon M. Wise – IL Bar # 6319580
Adam Florek – IL Bar # 6320615
**PEIFFER WOLF CARR**
**KANE CONWAY & WISE, LLP**
818 Lafayette Ave., Floor 2
St. Louis, MO 63104
Ph: 314-833-4825
Email: bwise@peifferwolf.com
Email: aflorek@peifferwolf.com

*Counsel for Plaintiff and the Putative Class*

1

### CERTIFICATE OF SERVICE

I hereby certify that on this date, I filed the foregoing document with the clerk of the Court using the Court's ECF system, which should further distribute a true and accurate copy of the foregoing to all counsel of record.


*/s/ Brandon M. Wise*